Certificate Number: 00415-NYW-CC-005448413

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 19, 2008 , at 9:15 o'clock AM EST ,

HEATHER JARRELL received from

Consumer Credit Counseling Service of Rochester, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of New York , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .

Date: November 19, 2008

By

Name Lynn Bishop

Title Accounting Specialist

FILED

FEB 1 3 2009

BANKRUPTCY COURT
ROCHESTER, NY

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).